# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANKEY MAURICE, JR., | Case No. 1:13-cv-01911-LJO-GSA-PC |
| Plaintiff, | ORDER DISMISSING ACTION AND DIRECTING CLERK'S OFFICE TO SEND COURTESY COPY TO YOUNG YIL JO |
| v. | |
| SIX UNKNOWN NAMES AGENTS, et al., | (Doc. 1) |
| Defendants. | |

On November 25, 2013, Young Yil Jo filed a civil rights complaint, purportedly on behalf of Hankey Maurice, Jr.[1]  Mr. Jo is not an attorney and he is precluded from filing cases on the behalf of anyone but himself.  <u>Johns v. County of San Diego</u>, 114 F.3d 874, 877 (9th Cir. 1997); <u>C. E. Pope Equity Trust v. United States</u>, 818 F.2d 696, 697 (9th Cir. 1987).

This action is HEREBY ORDERED DISMISSED.  Given the Court's inability to serve the order on Mr. Maurice, the Clerk's Office shall serve a copy of this order on Young Yil Jo, #01183-112, Etowah County Jail, 827 Forrest Ave., Gadsen, AL, 35901.

IT IS SO ORDERED.

Dated:   **December 2, 2013**             /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE

---

[1] The complaint is not signed and it sets forth no intelligible claims for relief.  No address is provided for Mr. Maurice.