# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANKEY MAURICE, JR., | Case No. 1:13-cv-01911-LJO-GSA-PC |
| Plaintiff, | ORDER DISMISSING ACTION AND DIRECTING CLERK'S OFFICE TO SEND COURTESY COPY TO YOUNG YIL JO |
| v. | |
| SIX UNKNOWN NAMES AGENTS, et al., | (Doc. 1) |
| Defendants. | |

On November 25, 2013, Young Yil Jo filed a civil rights complaint, purportedly on behalf of Hankey Maurice, Jr.[1]  Mr. Jo is not an attorney and he is precluded from filing cases on the behalf of anyone but himself.  Johns v. County of San Diego, 114 F.3d 874, 877 (9th Cir. 1997); C. E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987).

This action is HEREBY ORDERED DISMISSED.  Given the Court's inability to serve the order on Mr. Maurice, the Clerk's Office shall serve a copy of this order on Young Yil Jo, #01183-112, Etowah County Jail, 827 Forrest Ave., Gadsden, AL, 35901.

IT IS SO ORDERED.

Dated:   **December 2, 2013**          /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE

---

[1] The complaint is not signed and it sets forth no intelligible claims for relief.  No address is provided for Mr. Maurice.